SPENCER, et al, Appellants, v. MITCHELL, et al, Respondents.

(258 N. W. 496.)

(File No. 7727. Opinion filed January 24, 1935.)

*Perry F. Loucks* and *Alan L. Austin,* both of Watertown, for Appellants.

*Ellsworth E. Evans* and *Arthur H. Hasche,* both of Watertown, for Respondents.

PER CURIAM. This appeal involves the same question as was presented to this court in the case of State ex rel. Ellingson v. Williams, 61 S. D. 458, 249 N. W. 817. The court is of the opinion that the holding in the Williams Case should be adhered to, and it follows that the order appealed from is affirmed.

All the Judges concur.

MUNDT, Appellant, v. JARVIS, et al, Respondents.

(258 N. W. 496.)

(File No. 7628. Opinion filed January 24, 1935.)

*H. C. Mundt* and *W. O. Knight,* both of Sioux Falls, for Appellant.

*Bailey & Voorhees,* of Sioux Falls, for Respondents.

PER CURIAM. A careful examination of the record in this case discloses no reversible error on the part of the trial court, and an analysis of the evidence would serve no useful purpose.

The judgment and order appealed from are affirmed.

All the Judges concur.